ACCEPTED
03-14-00484-CR
5218210
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 4:14:02 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00484-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **THIRD COURT** |
| | § | |
| **MICHELLE ELAINE GAMBLES** | § | **OF APPEALS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 4:14:02 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes MICHELLE ELAINE GAMBLES, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law Number 2 of Bell County, Texas.

2. The case below was styled the STATE OF TEXAS vs. MICHELLE ELAINE GAMBLES, and numbered 2C13-07485.

3. Appellant was convicted of Resisting Arrest.

4. Appellant was assessed a sentence of 6 days on July 16, 2014.

5. Notice of appeal was given on August 4, 2014.

6. The clerk's record was filed on September 5, 2014; the reporter's record was filed on January 9, 2015.

7. The appellate brief is presently due on May 8, 2015.

8.    Appellant requests an extension of time of 14 days from the present date, i.e. May 22, 2015.

9.    One extension to file the brief has been received in this cause.

10.   Defendant is currently free on bond.

11.   Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant has been preparing briefs in other cases, in addition to normal practice placing constraints on available time.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

BOBBY DALE BARINA
455 East Central Texas Expressway, Suite 104
Harker Heights, Texas 76548
Tel: (254) 699-3755
Fax: (254) 699-1074
BobbyDaleBarina@BarinaLaw.com


By: _____
BOBBY DALE BARINA
State Bar No. 01738480
bobbydalebarina@barinalaw.com
Attorney for MICHELLE ELAINE GAMBLES

## CERTIFICATE OF SERVICE

This is to certify that on May 8, 2015, a true and correct copy of the above

and foregoing document was served on the County Attorney's Office, Bell County,

Bell county Justice Complex, by fax to (254) 933-5150.

BOBBY DALE BARINA

STATE OF TEXAS    §
                  §
COUNTY OF BELL    §

# AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared

-BOBBY DALE BARINA, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Motion To Extend Time to

File Appellant's Brief and swear that all of the allegations of fact

contained therein are true and correct."



_____
TYLER WOUDWYK
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _May 8_, 2015,

to certify which witness my hand and seal of office.

LESLIE JOAN SAWYER
Notary Public, State of Texas
My Commission Expires
April 16, 2019

_____
Notary Public, State of Texas